No. 73–628. ALLENBERG COTTON Co., INC. v. PITTMAN. Appeal from Sup. Ct. Miss. Consideration of jurisdictional statement deferred to accord counsel for appellant opportunity to secure a certificate from the Supreme

Court of Mississippi as to whether the judgment herein was intended to rest on an adequate and independent state ground or on federal grounds. *Charleston Federal Savings & Loan Assn.* v. *Alderson,* 324 U. S. 182, 186 n. 1 (1945).